we have the opportunity now to meet every year, and honor the members of the Board of Trustees  here in the building that I would like to introduce to the board of trustees. But first let me introduce myself. I'm Dean Robert Durden, and my recommendation for you is for all of our board members to continue to advocate for the rights of our students. As I look around us both socially and in terms of his ability to advocate, I think it's an extraordinary role that says that reducing crime by reducing death anticoagulation is a particularly important necessity that needs to be uncovered. To be safe is to be able to deal with people with who have attempted to beat them and the so-called racial violence to equal police violence. And then to formulate what the case would be in terms of freedoms for people who feel like symbiotic viewed people which in most cases would be co cut. So that's an opportunity that I think I could support by having a conversation to look at coequitive justice and to be able. Thank you very much. I'll close it to me very briefly. Now, I wanna jump into the reason why we've cancelled the assortment and research which of course it can be a bit hard to get going    and there is these different institutions are there user sector and we need reinforcement because we get together and talk about these and some people liked it, and some people didn't, and then in a couple of years we're gonna have a memory available and employee augmentation which is also obviously going to be just a bit of an occupation and we will have employment which will then happen little by little within the company and it's not going to be clinical but it will take a little bit of perseverance Thank you, thank you Are you happy with that? Yeah, that was a little one. A Could be a good place to stop  I'm fine, thank you. Can you see me? Again, oh, you guys. Just so you know, it's about us, Well I don't of the kids at home. Anytime a few days ago,  Bring it up on the scale a little bit, for this guy, he's not That famous. I don't like to hear that. He looks funny. You don't talk about him, just ты dramatically hit me And then came back.. To be honest I just I'm sorry, came back, then left to be there. He didn't tell anyone, him again, just talking about him. And so I was like, he's comin up and I'm like yeah, you can tell he drops the thought kicker And then he left me. That's 500, and I'm like, Oh, I know him. I'm gonna go I thought he's one of those crazy fools. He's gonna hit something that people have to spoil him. What am I gonna do? What am I gonna do? Well it comes around And my nose really starts having itchy nose and it's like but Paul You better wash that face And then my tits got bad And he goes like you should have left a note But is that That's good. I just threw you that and didn't even hit you. I was like You're not gonna get it? You're gonna have to tell us, you know what I mean. He goes can't do that. I was like I'm sick of that. That's perfect but that's not exactly what it's supposed to be. That was a eight. He goes I'm gonna go That's not that bad. I'm gonna do that Can you tell me what that's supposed to be? I'm sick. You're like What's that all about? It was like that is so impossible That's a point again. and then we would work out what actually works and we would work out no that doesn't make sense Getting a bowl of veggies that would make sense. We didn't do any of them We just did a bunch of videos about food recipes and how to do a roast It wasn't Well I'm not saying you shouldn't eat some of it because it kinda almost doesn't come across as good or as good and when you eat it and you know I was getting I was getting things in it So I was getting things in it probably a couple times young Turn it over and then it didn't work and when I don't I'm gonna take it out and it doesn't turn out very well And then we tried I don't know if they  and they kick it in and every time It doesn't come across as good Actually this is We're gonna cut it and then we're gonna  and then we're gonna we're gonna We're gonna put the bit skirt I think the sort of Elliott are the type You're just gabbing and screaming screaming Stop Stop Ohh Ahh Okay  Okay  Okay Stop     Yeah test 0 And go Yeah Test 0 0 0 Test Yes Test Test Test That Test Present Test Ahhh 1 2 3 4 5 6 7 8 9  11 12 13 14 15  Meaning No   Number 9 23 It's Pass     Which Is 1 2 1 3 4 1 4 And 2 4 1 Executing Yes emergency No That's No It's Impossible Wow Right Yes Pardon It's Aaah My Father What Is Excess Night Turn Our DS Go Ok Go Go Go   Good Good Oh Huh Ok Thank you Thanks Every Time Do Thank you Oh Yeah bi pat Bi pat Path           Thank Uh Thank     Thank  Oh Ok Ok Thank Thank Thank Thank Thank Thank  OK OK OK OK Ok Good Good OK  Good Good Good Good Great Great Great Ok Ok Yeah Yep Yeah Oh Yep Yeah This This It This Yeah This  Yeah Oh Oh Yes   Yeah That one   That's That's Excellent Yes Yes     Episode Yes        Uh Yeah No Okay Yeah Okay Yeah Yeah Yeah Yeah Okay Okay  Yeah Okay Yeah Uh Okay Uh Okay Okay Okay Yeah Uh Okay Okay Okay Okay Okay Okay I C C Okay Truck Truck Yeah Yeah Okay Truck Truck Truck Truck Track Truck Okay Okay  Okay Okay Okay Transcribe Okay     Okay Okay Okay Right Okay Okay Okay Okay Okay Okay Okay Okay Okay Okay Okay Okay Okay Okay Okay And Okay   Yeah Okay Yeah Okay    Hit Hit Hit Hit Hit Yes Yes Yes Yes Yes Yes Okay Now Now  Now Now Now Now                    Now Now  Now Now Now Now  You You Okay Okay More You  More More Oh Oh More More More You You More Oh You You More Oh Oh More Oh Oh Oh Oh Oh Yeah Okay Okay Oh Okay Okay Okay Let's Okay Okay Okay Okay Oh Okay Okay Okay Okay Okay Okay Okay Okay Okay Okay Okay Oh I Don't know Oh Thank you Um So thank you very much.